## COLLINS *v.* THE STATE.

FISH, P. J. If one convicted of the violation of a municipal ordinance be confined therefor in the place of imprisonment provided for violators of the municipal laws, and escape therefrom, and thereafter be retaken, he is, under the Penal Code, § 314, guilty of a misdemeanor.

*Judgment affirmed. All the Justices concur.*

Submitted July 19, — Decided August 9, 1904.

Accusation of misdemeanor.　　Before Judge Prior.　　City court of Hall county.　　May 21, 1904.

*Joseph G. Collins* and *B. G. Parks*, for plaintiff in error.
*Fletcher M. Johnson, solicitor,* contra. '